UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Markel American Insurance Company, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 4:14cv00137 AGF |
| vs. ) | |
| Scott Smith, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above styled and numbered case was filed on January 23, 2014 and randomly assigned to the Honorable Audrey G. Fleissig , United States District Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Southeastern Division

Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:14cv00008.   **IT IS FURTHER ORDERED** that cause number 4:14cv00137 AGF be administratively closed.

Dated this 24th Day of January, 2014.                    JAMES G. WOODWARD
                                                        Clerk Of Court

                                       By: /s/ Michele Crayton, Deputy In Charge

**Please note the new case number: 1:14cv00008 SNLJ.**